**Francis T. Barnwell, OSB No. 841623**
fbarnwell@bullardlaw.com
**Megan J. Crowhurst, OSB No. 132311**
mcrowhurst@bullardlaw.com
Bullard Law
200 SW Market Street, Suite 1900
Portland, OR 97201
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendant Fred Meyer Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JOSE A. VAZQUEZ OROZCO and JUAN RAMON OLMOS SALDIVAR,<br><br>Plaintiffs,<br><br>v.<br><br>FRED MEYER STORES, INC., an Oregon corporation,<br><br>Defendant. | Case No. 3:14-cv-00663-HU<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to FRCP 41(a)(1)(ii), Plaintiffs Jose A. Vazquez Orozco and Juan Ramon Olmos Saldivar, by their counsel, Donald B. Potter, and Defendant Fred Meyer Stores, Inc., by its counsel, Francis T. Barnwell and Megan J. Crowhurst, hereby stipulate that the claims in this case are dismissed with prejudice and without costs or

///

Page 1   STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

attorneys' fees to any party, and to the entry of judgment accordingly.

| SPAULDING & POTTER LLP | BULLARD LAW |
|---|---|
| s/Donald B. Potter | s/Megan J. Crowhurst |
| Donald B. Potter, OSB No. 843259<br>dpotter@spauldingpotter.com<br>503-223-6901/Telephone<br>503-222-5779/Facsimile<br>Attorney for Plaintiffs, Jose A. Vazquez Orozco and Juan Ramon Olmos Saldivar | Francis T. Barnwell, OSB No. 841623<br>fbarnwell@bullardlaw.com<br>Megan J. Crowhurst, OSB NO. 132311<br>mcrowhurst@bullardlaw.com<br>503-248-1134/Telephone<br>503-224-8851/Facsimile<br>Attorneys for Defendant, Fred Meyer Stores, Inc. |
| DATED: December 15, 2014 | DATED: December 15, 2014 |

IT IS SO ORDERED this __16th__ day of December, 2014.

/s/ Dennis J. Hubel
Hon. Dennis J. Hubel,
U.S. District Court Judge

Page 2   STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

1424/373 00575560 V 1

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I served the foregoing

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE on:

> Mr. Donald B. Potter
> Attorney at Law
> Spaulding & Potter
> 3236 SW Kelly Avenue, Suite 101
> Portland, OR  97239-4679

☑  by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐  by **mailing** a true and correct copy to the last known address of each person listed. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐  by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed. It was contained in a sealed envelope and addressed as stated above.

☐  by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐  by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery. It was addressed as stated above.

☐  by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

                                    s/Megan J. Crowhurst
                                    Megan J. Crowhurst, OSB No. 132311
                                    mcrowhurst@bullardlaw.com
                                    Attorney for Defendant
                                    Fred Meyer Stores, Inc.